GARY M. RESTAINO
United States Attorney
District of Arizona

JACQUELINE SCHESNOL
Assistant U.S. Attorney
Arizona State Bar No. 016742
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: jacqueline.schesnol@usdoj.gov
Attorneys for Plaintiff

☒ FILED     ☐ LODGED

**Jun 18 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Natalie Turner,

Defendant.

No. CR-24-01037-01-PHX-SPL

**INFORMATION**

VIO:     18 U.S.C. § 924(a)(1)(A)
(False Statement During the
Purchase of a Firearm)
Count 1

**THE UNITED STATES ATTORNEY'S OFFICE CHARGES:**

On or between July 15, 2020 and July 17, 2020, in the District of Arizona, Defendant NATALIE TURNER knowingly made a false statement and representation to American Guns & Ammo, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of that business, in that Defendant NATALIE TURNER did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473, Firearms Transaction Record, certifying on the ATF Form 4473 that the entire transaction had taken place at American Guns & Ammo, when Defendant NATALIE TURNER signed the ATF Form 4473 at a location other than

at American Guns & Ammo.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

Dated this ___13th___ day of June, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

Digitally signed by JACQUELINE
SCHESNOL
Date: 2024.06.13 14:29:47 -07'00'

JACQUELINE SCHESNOL
Assistant United States Attorney