**LAW OFFICES OF**
**Robert J. McWhirter**

Robert McWhirter, Bar # 012283
812 N. 2nd Ave.
Phoenix, AZ 85003
bob@robertjmcwhirter.com
480-980-0696
*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. 2:24-cr-01037-SPL-1 |
|---|---|
| Plaintiff, | |
| vs. | |
| Natalie Turner, | **MOTION TO DISMISS CASE** |
| Defendant. | |

Natalie Turner through counsel requests this Court dismiss the case against her because she never properly waived her right to indictment.

On June 27, 2024, Mr. Turner was to enter a plea agreement. The court received Ms. Turner's signed the plea agreement, waiver of indictment, and consent to proceed before Magistrate Judge. Before the plea, however, Ms. Turner decided not to accept the plea agreement. Thus, the court never took her plea, waiver of indictment, or consent. The court, however, arraigned Ms. Turner on the Information.

In retrospect, undersigned counsel should have objected at the time but did not do so because the government intends to indict Ms. Turner anyway.  But Mr. Turner still has did not validly waived her right to indictment and therefore this Court should dismiss the current case against her.

RESPECTFULLY SUBMITTED on this 25th day of July, 2024.

LAW OFFICES OF ROBERT J. McWHIRTER

*s/ Robert J. McWhirter*
   Robert J. McWhirter
   Attorney for Defendant

CERTIFICATE OF SERVICE

Original of the foregoing electronically filed July 25th, 2024, with ECF Arizona District Court filing system and a copy has been distributed or will be emailed to the following registrants in this case:

CLERK'S OFFICE
United States District Court
401 West Washington Street
Phoenix, Arizona 85003

Honorable Steven P Logan
United States District Court Judge

Jacqueline Nan Schesnol, U.S. Attorney
United States Attorney's Office
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408

 *s/ Robert McWhirter*