GARY M. RESTIANO
United States Attorney
District of Arizona

JACQUELINE SCHESNOL
Assistant U.S. Attorney
Arizona State Bar No. 016742
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: jacqueline.schesnol@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 24-01037-001-PHX-KML |
| Plaintiff, | |
| vs. | **UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |
| Natalie Turner, | |
| Defendant. | |

The United States, by and through undersigned counsel, responds to Defendant Turner's

Motion to Dismiss. (ECF 24.)   The government does not oppose the motion.


Dated this 14th day of August 2024.


GARY M. RESTIANO
United States Attorney
District of Arizona


JACQUELINE SCHESNOL
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

Robert J. McWhirter
Attorney for Defendant

*/s/J. Schesnol*
U.S. Attorney's Office